# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| CITY OF ROME, GEORGIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HOTELS.COM, L.P., *et al.*, <br><br> Defendants. | CIVIL ACTION <br> 4:05-CV-249 (HLM) |

## **CERTIFICATE OF DISCOVERY SERVICE**

I hereby certify that, on July 21, 2006, true and correct copies of DEFENDANTS' FIRST REQUEST TO THE NAMED PLAINTIFFS FOR PRODUCTION OF DOCUMENTS AND THINGS RELATING TO CLASS CERTIFICATION and DEFENDANTS' FIRST SET OF INTERROGATORIES TO THE NAMED PLAINTIFFS RELATING TO CLASS CERTIFICATION were sent via e-mail and deposited in First Class U.S. Mail with proper postage affixed addressed to counsel for Plaintiffs as follows:

ATI-2234180v1

Robert M. "Bob" Brinson, Esq.
 bbrinson@brinson-askew.com
J. Anderson "Andy" Davis, Esq.
 adavis@brinson-askew.com
**BRINSON ASKEW BERRY SEIGLER**
**RICHARDSON & DAVIS, LLP**
P.O. Box 5513
Rome, Georgia 30162
Phone: (706) 291-8853
Fax: (706) 234-3574

John T. Murray, Esq.
 jotm@murrayandmurray.com
Garnetta Moreland, Esq.
 gpm@murrayandmurray.com
**MURRAY & MURRAY CO. L.P.A.**
111 E. Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44871-0019
Phone: (419) 624-3000
Fax: (419) 624-0707

David G. Archer, Esq.
 dgapc@bellsouth.net
**ARCHER & LOVELL, P.C.**
P.O. Box 1024
Cartersville, Georgia 30120
Phone: (770) 386-1116
Fax: (770) 382-7484

John W. Crongeyer, M.D.
 jcrongeyer@vclawfirm.com
Bryan A. Vroon, Esq.
 bvroon@vclawfirm.com
**VROON & CRONGEYER**
1230 Peachtree Street, Suite 2450
Atlanta, Georgia 30309
Phone: (404) 607-6710
Fax: (404) 607-6711

David W. Davenport, Esq.
 dwdavenport@laclaw.net
Robert C. "Bob" Lamar, Esq.
 rclamar@laclaw.net
**LAMAR ARCHER & COFRIN, LLP**
50 Hurt Plaza, Suite 900
Atlanta, Georgia 30303
Phone: (404) 577-1777
Fax: (404) 577-9490

Walter J. Gordon, Esq.
 wgordon@hartcom.net
**THE GORDON LAW FIRM**
P.O. Box 870
Hartwell, Georgia 30643
Phone: (706) 376-5418
Fax: (706) 376-5416

Don Barrett
   dbarrett@barrettlawoffice.com
**BARRETT LAW OFFICES, P.A.**
404 Court Square North
P.O. Box 987
Lexington, Mississippi 39095
Phone: (662) 834-2376
Fax: (662) 834-2628


Dated:  July 24, 2006            Respectfully submitted,

                                     /s/ William T. Maxson
                                     E. Kendrick Smith
                                       (Georgia Bar No. 656725)
                                   Robin A. Schmahl
                                       (Georgia Bar No. 629440)
                                   William T. Maxson
                                       (Georgia Bar No. 086922)
                                   **JONES DAY**
                                   1420 Peachtree Street, Suite 800
                                   Atlanta, GA  30309
                                   Telephone: (404) 521-3939
                                   Facsimile:  (404) 581-8330
                                   e-mails:    eksmith@jonesday.com
                                                         raschmahl@jonesday.com
                                                          wmaxson@jonesday.com

                                   James P. Karen
                                       (admitted *pro hac vice*)
                                   Deborah S. Sloan
                                       (admitted *pro hac vice*)
                                   **JONES DAY**
                                   2727 North Harwood Street
                                   Dallas, TX  75201
                                   Telephone: (214) 220-3939
                                   Facsimile:  (214) 969-5100

e-mails: jkaren@jonesday.com
dsloan@jonesday.com

*Counsel for Defendants*
*Hotels.com, L.P.; Hotels.com GP, LLC;*
*Hotwire, Inc.; Expedia, Inc.; and*
*TravelNow.com, Inc.*

Edward Hine, Jr.
  (Georgia Bar No. 355775)
**EDWARD HINE, JR., P.C.**
111 Bridgepoint Plaza
Suite 300, P.O. Box 5511
Rome, GA  30161
Telephone: (706) 291-2531
Facsimile:  (706) 291-1301
e-mail:     ehinejr@bellsouth.net

*Counsel for All Defendants*


David F. McDowell
  (admitted *pro hac vice*)
**MORRISON & FOERSTER**
555 West Fifth Street
Suite 3500
Los Angeles, CA  90013
Telephone: (213) 892-5383
Facsimile:  (213) 892-5454
e-mail:     dmcdowell@mofo.com

*Counsel for Defendants*
*Site59.com, LLC; Travelocity.com, Inc.; and*
*Travelocity.com, L.P.*

Paul E. Chronis
  (admitted *pro hac vice*)
Elizabeth B. Herrington
  (admitted *pro hac vice*)
Purvi G. Patel
  (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, IL 60606
Telephone: (312) 984-2000
Facsimile: (312) 984-7700
e-mail: eherrington@mwe.com

*Counsel for Defendants*
*Orbitz, Inc.; Orbitz, LLC; Internetwork Publishing Corp. (d/b/a Lodging.com); Trip Network, Inc. (d/b/a Cheaptickets.com); and Travelport, Inc. (f/k/a Cendant Travel Distribution Services Group, Inc.)*


Karen L. Valihura
  (admitted *pro hac vice*)
Michael A. Barlow
  (admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
e-mail: kvalihur@skadden.com

*Counsel for Defendants*
*priceline.com Incorporated; Lowestfare.com Incorporated; and Travelweb LLC*

John D. Pernick
  (admitted *pro hac vice*)
**BINGHAM MCCUTCHEN LLP**
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2544
Facsimile: (415) 393-2286
e-mail: john.pernick@bingham.com

*Counsel for Defendant*
*Maupintour Holding, LLC*


David J. Stagman
  (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street, Suite 1600
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
email: david.stagman@kattenlaw.com
*Counsel for Defendant*
*OneTravel, Inc.*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the within and foregoing CERTIFICATE OF DISCOVERY SERVICE was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to the following counsel of record:

**Vroon & Crongeyer**
John W. Crongeyer, M.D.  (jcrongeyer@vclawfirm.com)
Bryan A. Vroon, Esq.  (bvroon@vclawfirm.com)

**Lamar Archer & Cofrin, LLP**
David W. Davenport, Esq.  (dwdavenport@laclaw.net)
Robert C. Lamar, Esq.  (rclamar@lackaw.net)

**Brinson Askew Berry Seigler Richardson & Davis, LLP**
Robert M. Brinson, Esq.  (bbrinson@brinson-askew.com)
J. Anderson Davis, Esq.  (adavis@brinson-askew.com)

**The Gordon Law Firm**
Walter J. Gordon, Esq.  (wgordon@hartcom.net)

**Archer & Lovell, P.C.**
David G. Archer, Esq.  (dgapc@bellsouth.net)

**Murray & Murray Co. L.P.A.**
John T. Murray, Esq.  (jotm@murrayandmurray.com)
Garnetta Moreland, Esq.  (gpm@murrayandmurray.com)

This 24th day of July, 2006.          /s/ William T. Maxson
                                       William T. Maxson
                                         (Georgia Bar No. 086922)

*An Attorney for Defendants*

*Hotels.com, LP; Hotels.com GP, LLC; Hotwire, Inc.; Expedia, Inc.; and TravelNow.com, Inc.*