# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| City of Rome, Georgia; Hart County, Georgia; City of Cartersville, Georgia; City of Hartwell, Georgia; Cobb County, Georgia; City of Cedartown, Georgia; City of Dalton, Georgia; Gwinnett County, Georgia; Fulton County, Georgia; City of Rockmart, Georgia; City of East Point, Georgia; City of Warner Robins, Georgia; City of Tybee Island, Georgia; Dekalb County, Georgia; City of College Park, Georgia; City of Alpharetta, Georgia; City of Macon, Georgia; Augusta-Richmond County, Georgia; Clayton County, Georgia; And All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Hotels.com, L.P.; Hotels.com GP, LLC; Hotwire, Inc.; Cheap Tickets, Inc.; Cendant Travel Distribution Services Group Inc.; Expedia, Inc.; Internetwork Publishing Corp. (d/b/a lodging.com); Lowest Fare.com, Inc.; Maupintour Holding, LLC; Orbitz, Inc.; Orbitz, LLC; Priceline.com, Inc.; Site59.com, LLC; Travelocity.com, Inc.; Travelocity.com, LP; Travelweb, LLC; Travelnow.com, Inc.; Onetravel, Inc. (d/b/a onetravel.com); And Does 1 through 1000, Inclusive,<br><br>    Defendants. | C.A. File No.<br>4:05-CV-249<br>(HLM) |

## MOTION FOR CLASS CERTIFICATION

COME NOW Plaintiffs herein, and file this Motion for Class Certification pursuant to Fed.R.Civ.P. 23 and LR 23.1, NDGa. Plaintiffs seek to certify a plaintiff class of the following:

Plaintiffs and all other counties and municipalities in the State of Georgia that levy an excise tax on rooms, lodgings, and accommodations pursuant to O.C.G.A. § 48-13-50, *et seq.*

Plaintiffs further request that the undersigned law firms be appointed as class counsel.

Plaintiffs state as follows in support of their Motion:

1. The Class should be certified because Plaintiffs demonstrate that the Class complies with the requirements of Fed.R.Civ.P. 23(a), 23(b)(2) and 23(b)(3).

2. Proposed counsel demonstrate that they will adequately represent the Class in the pending litigation,

Plaintiffs submit contemporaneously herewith Plaintiffs' Memorandum of Law in Support of Motion for Class Certification and Declarations in Support of Plaintiffs' Motion for Class Certification, which Memorandum and Declarations are incorporated by reference herein.

Respectfully submitted,

                    **BRINSON ASKEW BERRY SEIGLER RICHARDSON & DAVIS, LLP**

                    By:   /s/ Robert M. Brinson
                           Robert M. Brinson
                           GA Bar No. 082900
                           City Attorney, Rome, GA
                         /s/ J. Anderson Davis

P.O. Box 5007                         J. Anderson Davis
Rome, GA 30162-5007
Telephone: 706-291-8853
Facsimile: 706-234-3574

**LAMAR ARCHER & COFRIN, LLP**

By:  /s/ Robert C. Lamar
  Robert C. Lamar
  GA Bar No. 431175
  /s/ David W. Davenport
  David W. Davenport
  GA Bar No. 205962

50 Hurt Plaza
Suite 900
Atlanta, Georgia 30303
Telephone: 404-577-1777
Facsimile: 404-577-9490

**CRONGEYER LAW FIRM, PC**

By:  /s/ John W. Crongeyer
  John W. Crongeyer, M.D.
  GA Bar No. 197267

2170 Defoor Hills Road
Atlanta, Georgia 30318
Telephone: 404-542-6205
Facsimile: 404-872-3745

**THE GORDON LAW FIRM**

By:  /s/ Walter J. Gordon
  Walter J. Gordon
  GA Bar No. 302488
  County Attorney, Hart County
  Georgia

P.O. Box 870
Hartwell, Georgia 30643
Telephone: 706-376-5418
Facsimile: 706-376-5416

                **THE LAW PRACTICE**
                **OF KEVIN ROSS, LLC**

                By:    /s/ Kevin A. Ross
                         Kevin A. Ross
                         GA Bar No. 675184

3290 Northside Parkway, Suite 775
Atlanta, Georgia 30327
Telephone: 404-572-6622
Facsimile:  404-572-5909


                **ARCHER & LOVELL, P.C.**

                By:    /s/ David G. Archer
                         David G. Archer
                         GA Bar No. 021100
                         City Attorney, City of Cartersville,
                         Georgia

P.O. Box 1024
Cartersville, Georgia
Telephone: 770-386-1116
Facsimile: 770-382-7484


                **ATTORNEYS FOR PLAINTIFFS**

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **City of Rome, Georgia; Hart County, Georgia; City of Cartersville, Georgia; City of Hartwell, Georgia; Cobb County, Georgia; City of Cedartown, Georgia; City of Dalton, Georgia; Gwinnett County, Georgia; Fulton County, Georgia; City of Rockmart, Georgia; City of East Point, Georgia; City of Warner Robins, Georgia; City of Tybee Island, Georgia; Dekalb County, Georgia; City of College Park, Georgia; City of Alpharetta, Georgia; City of Macon, Georgia; Augusta-Richmond County, Georgia; Clayton County, Georgia; And All Others Similarly Situated,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| v. | )   **C.A. File No.**<br>)   **4:05-CV-249** |
| **Hotels.com, L.P.; Hotels.com GP, LLC; Hotwire, Inc.; Cheap Tickets, Inc.; Cendant Travel Distribution Services Group Inc.; Expedia, Inc.; Internetwork Publishing Corp. (d/b/a lodging.com); Lowest Fare.com, Inc.; Maupintour Holding, LLC; Orbitz, Inc.; Orbitz, LLC; Priceline.com, Inc.; Site59.com, LLC; Travelocity.com, Inc.; Travelocity.com, LP; Travelweb, LLC; Travelnow.com, Inc.; Onetravel, Inc. (d/b/a onetravel.com); And Does 1 through 1000, Inclusive,** | )   **(HLM)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND

MEMORANDUM OF LAW IN SUPPORT THEREOF with the Clerk of Court

5

using the CM/ECF system, which will automatically send notification of such filing to all parties at interest:

Ed Hine, Jr.
111 Bridgepoint Plaza
Suite 300, Post Office Box 5511
Rome, Georgia  30161
Email:  ehinejr@bellsouth.net

E. Kendrick Smith
Robin A. Schmahl
William T. Maxon
Sean P. Costello
JONES DAY
1420 Peachtree Street
Suite 800
Atlanta, Georgia  30309
E-mails:  eksmith@jonesday.com
raschmahl@jonesday.com
wmaxson@jonesday.com
scostello@jonesday.com

James P. Karen
Deborah S. Sloan
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Emails:  jkaren@jonesday.com
dsloan@jonesday.com

David F. McDowell
MORRISON & FOERSTER
555 West Fifth Street
Suite 3500
Los Angeles, CA  90013
Email:  dmcdowell@mofo.com

Paul E. Chronis
Elizabeth B. Herrington

Purvi G. Patel
Jeffrey A. Rossman
Joshua G. Herman
Lazar P. Raynal
MCDERMOTT, WILL & EMERY, LLP
227 West Monroe Street
Chicago, IL  60606
Email:  eherrington@mwe.com

Karen L. Valihura
Michael A. Barlow
Ralph K. Herndon, Sr.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
Post Office Box 636
Wilmington, DE  19899
Email:  kvalihur@skadden.com

John D. Pernick
BINGHAM, MCCUTCHEN, LLP
3 Embarcadero Center
San Francisco, CA  94111
Email:  john.pernick@bingham.com

David J. Stagman
KATTEN, MUCHIN, ROSENMAN, LLP
525 West Monroe Street
Suite 1600
Chicago, IL  60661
Email:  david.stagman@kattenlaw.com


This 30th day of November, 2010.


/s/J. Anderson Davis
J. ANDERSON DAVIS
Georgia Bar No. 211077