# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| CITY OF ROME, GEORGIA; HART COUNTY, GEORGIA; CITY OF CARTERSVILLE, GEORGIA; and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>HOTELS.COM, L.P.; HOTELS.COM GP, LLC et al<br><br>      Defendants. | Civil Action 4:05-CV-249 (HLM) |

**Consent Motion to Amend and Restate the Court's Order of August 16, 2012**

Since the Court entered its Order Granting Final Approval of Class Partial Settlement Agreement dated August 16, 2012 [D.E. 705] (the "Final Order"), the parties have supplemented Exhibit A to the Final Order by a consent order entered on September 24, 2012. [D.E.714] (the "Final Order as Amended"). The parties recognize that potential members who currently do not have Hotels may desire to join the Class and be bound by the Partial Settlement Agreement upon the construction of Hotels within their jurisdiction or that new municipalities may be

created who desire to join the Class and be bound by the Partial Settlement Agreement, and the parties desire to address these potential developments by adding a new Par. C on page four of the Final Order as Amended to read as follows:

> Class Members currently without Hotels and newly created municipalities that would otherwise have been a Class Member but for not being in existence at the time the Class was certified may join the Class by filing with the Court (1) written notice of their desire to be bound by the Partial Settlement Agreement; and (2) a certified copy of the Member's adopted Hotel Tax ordinance; and by providing the information contemplated by Paragraphs A and B of the Final Order to Plaintiffs' counsel, who shall file an Amended Class Report pursuant to the procedure outlined in Par. D of this Order. Once any new Class Member is added to the Amended Class Report, that Class Member shall be deemed to be a Member of the Class and bound by the terms of the Partial Settlement Agreement.

The parties desire to further amend the Final Order as Amended to provide a procedure by which current or new members of the Class may amend the Class Report to reflect new Hotels, the decommissioning of Hotels, and changed Hotel Excise Tax rates for members of the Class. The amendment will also allow Defendants to pay the Incremental Tax on the Amended Class Report. Specifically, the parties propose to amend the Final Order as Amended to add the following language as a new Par. D on page 4 of the Final Order:

> After January 1, 2013, and each quarter thereafter, the Plaintiffs may amend the Class Report to reflect the addition or deletion of Hotel properties in each class

jurisdiction or new Hotel Tax Rates in a class jurisdiction that have been adopted since the last Class Report. Plaintiffs shall serve Defendant's counsel with the changed, modified or amended portion of the Class Report ("Amended Class Report"). With the Amended Class Report, Plaintiffs will provide Defendant's counsel with a redline version of the report or other summary highlighting the changes in the Class Report. The Amended Class Report shall be effective for the first full month beginning thirty (30) days after the filing of the Amended Class Report. Defendants may rely on the accuracy of the Amended Class Report, and as long as their payments of the Incremental Tax is based upon the information contained within the Amended Class Report, they will be deemed in compliance with this Order.

To assist the Court and the parties by having all amendments in one document, the parties request that the Court enter an Amended and Restated Final Order in the form attached as Exhibit A, which includes these proposed amendments as well as the amendment approved by the Court on September 24, 2012. So that the Court can review the changes, a redline of the proposed Amended and Restated Final Order to the Final Order is attached as Exhibit B to highlight the changes between the two documents.

Respectfully Submitted, this 12nd day of October, 2012.

                          Respectfully Submitted

                          Law Offices of Edward Hine, Jr., P.C.

                          /s/ Edward Hine, Jr.
                          Edward Hine, Jr.
                          GA State Bar No. 355775

P. O. Box 5128
Rome, GA 30162-5128

(706) 291-2531 (Telephone)
(706) 291-1301 (Facsimile)
email:  ed@edwardhinelaw.com
Attorney for the Defendants

          Brinson, Askew, Seigler, Richardson & Davis, LLP

          /s/ J. Anderson Davis
          J. Anderson Davis
          Ga. Bar No. 0211077

Box 5007
Rome, GA  30162-5007
O: 706 291 8853
F:  706 234 3574
Email: adavis@brinson-askew.com
Attorney for the Plaintiffs

Certificate of Service

I certify that I have served all counsel of record by electronically filing the foregoing motion with the Clerk's office by electronic filing which automatically serves all counsel of record.

Law Offices of Edward Hine, Jr., P.C.

/s/ Edward Hine, Jr.
Edward Hine, Jr.
GA State Bar No. 355775

P. O. Box 5128
Rome, GA 30162-5128
(706) 291-2531 (Telephone)
(706) 291-1301 (Facsimile)
email:  ed@edwardhinelaw.com
Attorney for the Defendants